Melinda M. Morton (Bar No. 209373)
E-mail:mindy.morton@procopio.com
Lyndsey Heaton (Bar No. 262883)
E-mail:lyndsey.heaton@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorneys for Alireza Shafiei

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: DMCA Subpoena to Reddit Inc., c/o
Corporation Service Company

_____

**MOTION TO COMPEL RESPONSE
TO DMCA SUBPOENA PURSUANT
TO 17 U.S.C. § 512(h)**

1

136026-00000001/10585283.1

Pursuant to 17 U.S.C. § 512(h) and Rule 45 of the Federal Rules of Civil Procedure, Ali Shafiei ("*Mr. Shafiei*" or "*Copyright Owner*"), through undersigned counsel, respectfully moves this Court for an order compelling Reddit Inc. c/o Corporation Service Company ("*Reddit*") to comply with the subpoena issued pursuant to the ("*Subpoena*")  Digital Millennium Copyright Act  ("*DMCA*"), which was served upon it on August 28, 2025. A true and accurate copy of the Subpoena is attached as Exhibit A to the Declaration of Alex Jones filed concurrently herewith. The Copyright Owner requests the Court to compel a response because the anonymous identities detailed in the Subpoena are necessary to protect the Copyright Owner's intellectual property rights. Reddit is wrongfully withholding the identity of the anonymous user based on a misapplication of the fair use doctrine.

For the reasons set forth herein, Reddit's objections are meritless. As such, the Court should grant Copyright Owner's motion to compel in its entirety by ordering Reddit to produce the anonymous identities.

DATED: April 7, 2026

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP


By:   /s/ *Lyndsey Heaton*

Mindy M. Morton
Lyndsey Heaton
Attorneys for Alireza Shafiei

MOTION TO COMPEL RESPONSE TO SUBPOENA PURSUANT TO 17 U.S.C. § 512(H)

136026-00000001/10585283.1

**MEMORANDUM IN SUPPORT**

## I.       FACTUAL BACKGROUND

Mr. Shafiei is a well-known social media influencer who has built a substantial audience on the platform, TikTok, where he maintains a following of approximately one million users and has received over 1.3 million likes. *See* Declaration of Alireza Shafiei ("*Shafiei Decl*.") ¶ 2. Mr. Shafiei operates his TikTok account under the username PrettyBoyAli24. *Id.* ¶ 3. His success is not incidental: it is the product of sustained effort, consistency, and authenticity. Specifically, he is recognized for his extensive livestreaming schedule, often broadcasting for up to sixteen hours per day. *Id.* ¶ 4. Through this level of commitment, Mr. Shafiei has cultivated a loyal fan base by producing content that emphasizes genuine interaction with his followers. *Id.* ¶ 5.

TikTok is Mr. Shafiei's primary source of income, and his livelihood depends on his online reputation. *Id.* ¶ 6. Like many livestream creators, Mr. Shafiei monetizes his daily presence on TikTok through the platform's livestream gifting system, which relies heavily on audience engagement. *Id.* ¶ 7. As a result, his ability to maintain this revenue is directly tied to his standing within the online community. *Id.* False and defamatory statements posted about Mr. Shafiei jeopardize both his reputation and his ability to earn a living. *Id.* ¶ 8.

This Motion to Compel concerns the identity of a Reddit user operating under the username "tiktoktruthseeker" (the "*Violating User*") who has unlawfully used Mr. Shafiei's copyrighted video (the *"Copyrighted Content"*) to publish defamatory statements (the "*Infringing Post*" or "*Post*") on the FavoritedRanksDrama subreddit page (the "*Subreddit*"). Declaration of Alex Jones ("*Jones Decl*.") ¶ 10. The Infringing Post reproduces the Copyrighted Content and is accompanied by false and defamatory commentary. Jones Decl. ¶ 10, Shafiei Decl. ¶ 14.

On August 22, 2025, the Copyright Owner sent a letter to Reddit through counsel (the "*DMCA Takedown*") requesting removal of the Infringing Post pursuant to 17 U.S.C. § 512(c)(3)(A) DMCA, as the Infringing Post violated Mr. Shafiei's rights in the Copyrighted Content. Jones Decl.  ¶ 2. The DMCA Takedown identified the Copyrighted Content, set forth a good-faith basis for believing the Post infringed on those works, and otherwise complied with the DMCA. The DMCA Takedown requested immediate removal of the Infringing Post. *Id.*  ¶ 4.

136026-00000001/10585283.1

On August 28, 2025, pursuant to 17 U.S.C. § 512(h), the Copyright Owner properly requested that the Clerk of the United States District Court for the Northern District of Ohio issue a subpoena to Reddit seeking the identity of the Violating User, in Civil Action No. 1:25MC00040 (the "***DMCA Subpoena"***). *Id*. ¶ 5. The Copyright Owner's DMCA Subpoena request fully complied with all statutory requirements. *Id*. ¶ 3, Exhibit A.

On September 8, 2025, Reddit objected to the DMCA Subpoena and declined to remove the Infringing Post, asserting both procedural and substantive objections. *Id*. ¶ 8. Substantively, Reddit claimed that the Post constituted fair use under 17 U.S.C. § 107. Procedurally, Reddit objected on the ground that compliance would be improper because Reddit is headquartered in San Francisco, California, more than 100 miles away from the United States District Court for the Northern District of Ohio.

In accordance with Reddit's objection, Copyright Owner agreed to adjudicate this matter in the Northern District of California. As set forth more fully below, the Infringing Post is not protected by the fair use doctrine and is not entitled to First Amendment protection, necessitating the Court's intervention to compel compliance with the DMCA Subpoena.

## II.    LAW AND ANALYSIS.

### A.    The Copyright Owner Holds Valid Copyrights in the Copyrighted Content, Which the Violating User Infringed Upon.

To obtain relief under the Copyright Act and enforce a subpoena pursuant to 17 U.S.C. § 512(h), a copyright owner must demonstrate "(1) ownership of a valid copyright, and (2) copying of constituent elements of the work that are original." *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 361 (1991). Where a defendant copies a work in its entirety, direct copying is clear and substantial similarity is readily established. See *L.A. Printex Indus., Inc. v. Aeropostale, Inc.*, 676 F.3d 841, 846 (9th Cir. 2012), *abrogated on other grounds as recognized by* ⚑*Unicolors, Inc. v. H&M Hennes & Mauritz, L.P.*, 959 F.3d 1194 (9th Cir. 2020). Courts routinely hold that unauthorized reposting of copyrighted videos online constitutes infringement. See *Disney Enters., Inc. v. VidAngel, Inc.*, 869 F.3d 848, 861 (9th Cir. 2017).

The Copyright Owner created the original audiovisual work at issue and first livestreamed it

4

136026-00000001/10585283.1

on his TikTok account, available at the following link: https://www.tiktok.com/@prettyboyali24. Shafiei Decl. ¶ 4.

The Copyrighted Content constitutes an original audiovisual work containing original selection, arrangement, and creative expression fixed in a tangible medium of expression. As the author of the work, the Copyright Owner is the initial owner of the copyright as a matter of law. 17 U.S.C. § 201(a). Original audiovisual works are expressly protected under the Copyright Act. 17 U.S.C. § 102(a)(6). These allegations are sufficient to establish copyright ownership for purposes of enforcing a DMCA subpoena.

As the owner of the Copyrighted Content, Mr. Shafiei holds the exclusive rights set forth in 17 U.S.C. § 106, including the rights to reproduce, distribute, and publicly display the work. No license, assignment, or authorization was granted to the Violating User to exercise those rights. Shafiei Decl. ¶ 11. The Infringing Post identified in the DMCA Subpoena reproduces the Copyrighted Content verbatim. *Id.* ¶ 13. The Violating User reposted the Copyrighted Content in substantially identical form, without alteration or transformation. *Id.* The Infringing Post violated multiple exclusive rights held by the Copyright Owner, including the rights of reproduction, distribution, and public display under 17 U.S.C. § 106.

Because the Infringing Post contains a direct copy of the Copyrighted Content, no inference or circumstantial showing is required. Copying is evident on the face of the post itself. At a minimum, the Copyright Owner has made a prima facie showing of infringement sufficient to justify enforcement of the DMCA Subpoena seeking the identity of the Violating User. Accordingly, the Copyright Owner has satisfied the requirements to enforce a subpoena under 17 U.S.C. § 512(h) and has demonstrated a legitimate basis for compelling disclosure of the Violating User's identity in order to enforce his rights under federal copyright law.

**B.    The Copyright Owner Properly Effectuated Issuance and Service of the DMCA Subpoena Upon Reddit.**

The DMCA expressly authorizes a copyright owner to obtain a subpoena compelling a service provider to disclose identifying information sufficient to identify an alleged infringer. 17 U.S.C. § 512(h). To invoke this process, a copyright owner must submit a request to the clerk of a United

States district court that includes: (1) a copy of the notification including the signature of a person authorized to act on behalf of the copyright owner; identification of the copyrighted work; identification of the material claimed to be infringing upon; contact information of the complaining party; a statement of the complaining party of its good faith belief that the use of the material is not authorized by the copyright owner; and a statement that the information in the notification is accurate, (2) a proposed subpoena, and (3) a sworn declaration that the purpose that the subpoena is sought is to obtain the identity of an alleged infringer. 17 U.S.C. § 512(h)(2). Jones Decl. ¶¶ 2-3, 6.

Here, the Copyright Owner satisfied each statutory requirement. The request submitted to the Clerk of the United States District Court for the Northern District of Ohio included a DMCA notification identifying the Copyrighted Content, the specific Infringing Post and its location, the Copyright Owner's contact information, a statement of good faith belief that the use was unauthorized, and a statement made under penalty of perjury as to the accuracy of the information provided. Jones Decl. ¶¶ 2-3. An authorized agent also submitted a proposed subpoena and a sworn declaration confirming that the DMCA Subpoena was sought solely to identify the Violating User on the Copyright Owner's behalf. *Id*. ¶ 6.

Upon review of the submission, the Clerk issued the DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4). *Id*. ¶ 7. After issuance, the DMCA Subpoena was properly served on Reddit in accordance with Federal Rule of Civil Procedure 45. *Id*. With the filing of this motion in the Northern District of California, where Reddit is headquartered, any objection based on geographic limitations under Rule 45(c) is moot.

Because the Copyright Owner fully complied with all statutory prerequisites under 17 U.S.C. § 512(h), and because the DMCA Subpoena was properly issued and served pursuant to Civil Rule 45, the DMCA Subpoena is valid and enforceable. Reddit therefore has no procedural or legal basis to refuse compliance.

### C. Reddit Improperly Invoked Fair-Use to Avoid Compliance with the DMCA Subpoena.

Reddit's refusal to comply with the DMCA Subpoena based on an asserted fair use defense is baseless. The Infringing Post does not qualify as fair use under 17 U.S.C. § 107, and Reddit may not

136026-00000001/10585283.1

unilaterally adjudicate fair use to shield an anonymous infringer from unlawful disclosure.

Fair use is a fact-intensive, mixed question of law and fact that is ordinarily resolved by courts. *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 577 (1994). In evaluating fair use, courts consider four factors:

> (1) the purpose and character of the use, including whether it is transformative;
> (2) the nature of the copyrighted work;
> (3) the amount and substantiality of the portion used; and
> (4) the effect on the work's market value.

17 U.S.C. § 107; *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 577 (1994).

Here, each factor weighs against the finding of fair use. Because the Violating User reproduced a non-transformative, verbatim portion of Mr. Shafiei's original audiovisual work[1] without authorization and in a manner that supplants the original and harms its market value, the totality of the fair use factors weighs decisively against a finding of fair use.

### a.      The Purpose and Character of the Use

The central inquiry of the first factor is to determine whether the new work merely "'supersede[s] the objects' of the original creation ('supplanting' the original) or instead adds something new, with a further purpose or different character, altering the first with new expression, meaning, or message; it asks, in other words, whether and to what extent the new work is 'transformative.'" *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 579 (1994). A use is not transformative where it simply republishes the original work to exploit it for the user's own purposes. *Monge v. Maya Magazines, Inc.*, 688 F.3d 1164, 1175 (9th Cir. 2012).

Here, the Violating User copied and reposted a clip taken directly from the Copyright Owner's livestream, reproducing the audiovisual work verbatim. Shafiei Decl. ¶¶ 12-13. The clip was not edited, reframed, analyzed, or otherwise altered, nor was the Copyrighted Content itself the subject of any transformative commentary. *Id.* ¶ 13. Instead, the Infringing Post simply republished the Copyrighted Content, in a substantially identical form. Shafiei Decl. ¶¶ 12-13.

While the Infringing Post includes a caption criticizing the Copyright Owner, that commentary

---

[1] The Violating User published at least thirteen (13) posts and comments along with another user, 'Vegetable_Lettuce450' in the Subreddit, twelve of which are in direct violation of Mr. Shafiei's copyrights in the images and videos.

136026-00000001/10585283.1

is directed at Mr. Shafiei personally, not the copyrighted work itself. Shafiei Decl. ¶ 14. Courts consistently hold that that criticism of the author, rather than commentary on the work itself, does not render copying transformative. *Henley v. DeVore*, 733 F. Supp. 2d 1144, 1158 (C.D. Cal. 2010) (use is not transformative where the work is used "as a vehicle to attack the author rather than comment on the work").

Here, the Violating User reposted the Copyrighted Content and used it solely to amplify a personal attack on Mr. Shafiei, rather than to analyze, critique, or comment on the video's expression. Indeed, the Infringing Post falsely accuses Mr. Shafiei of, among other things, bullying people, having zero accountability and a victim mentality. These defamatory statements do not transform the Copyrighted Content and cannot support a fair use defense. *Henley v. Devore*, 2010 U.S. Dist. LEXIS 67987, *14 (the satirist who ridicules subjects unrelated to the work lacks the same claim to use of the work).

The Violating User could have expressed the same opinions without reproducing the copyrighted clip at all. By attacking the Copyright Owner's character, rather than analyzing or commenting on the Copyrighted Content, the Violating User fails to add new meaning or purpose beyond the Copyrighted Content's original purpose. Because the use adds no new meaning, message, or purpose beyond that of the original work, and merely exploits the video to increase the reach and impact of the post, the use is non-transformative. Accordingly, the first factor weighs in favor of Mr. Shafiei.

### b.    The Nature of the Copyrighted Work

The second factor recognizes that some works lie closer to the "core of intended copyright protection" than others. *Campbell*, 510 U.S. at 586. Audiovisual works receive robust protection under the Copyright Act. 17 U.S.C. § 102(a)(6); see also *B.I.G. LLC v. Yes Snowboards*, 2022 U.S. Dist. LEXIS 99870, at *6 (C.D. Cal. 2022). Videos and photographs are undoubtedly pictorial works of authorship, protected by the Copyright Act. *See B.I.G. LLC v. Yes Snowboards*, 2022 U.S. Dist. LEXIS 99870, ¶ 13 (C. D. Cal. 2022); *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 586 (the second factor "calls for recognition that some works are closer to the core of intended copyright protection than others, with the consequence that fair use is more difficult to establish when the former

8

136026-00000001/10585283.1

works are copied.").

Courts have consistently recognized that audiovisual works, particularly those that are creative in nature, lie closer to the core of intended copyright protection, making a fair use defense more difficult to establish. The Ninth Circuit has held that motion pictures and photographs taken for aesthetic purposes are "creative in nature and thus fit squarely within the core of copyright protection." *Elvis Presley Enters. v. Passport Video*, 349 F.3d 622, 629 (9th Cir. 2003) *overruled on other grounds as stated in Flexible Lifeline Sys., Inc. v. Precision Lift, Inc.,* 654 F.3d 989, 995 (9th Cir.2011) (per curiam). Likewise, original video content embodying creative expression is entitled to robust protection under the Copyright Act, a consideration that weighs against the finding of fair use.

Applying these principles, the Copyrighted Content is an original audiovisual recording taken from Mr. Shafiei's livestream, and reflects expressive content, performance, and presentation choices made by the Copyright Owner in real time. Shafiei Decl. ¶¶ 10-11. The Copyrighted Content is not a factual compilation or purely informational work, but rather a creative video expression disseminated through Mr. Shafiei's TikTok platform. *Id*. Although the livestream was publicly accessible, that fact does not diminish its protected status. *Monge*, 688 F.3d at 1177 (publication does not eliminate copyright protection).

The Copyrighted Content constitutes an original, creative video work. Thus, it is afforded the core of copyright protection, and the second fair-use factor weighs in favor of the Copyright Owner.

### c.    The Amount and Substantiality of the Portion Used

Under the third factor, courts examine both the quantitative and qualitative amount of the work taken, including whether the amount used was reasonable in relation to a legitimate purpose. *Campbell*, 510 U.S. at 586–87.

In evaluating the extent of the copying, courts consider whether the portion used was necessary to effectuate a protected purpose. *Monge v. Maya Magazines, Inc.*, 688 F.3d 1164, 1179 (9th Cir. 2012) (finding the third factor weighed against a fair use defense because copying private photographs in their entirety was not necessary when the user's news reporting purpose could have been served through publication of other materials).

Here, the Violating User copied a clip from the livestream, reproducing a discrete and

9

136026-00000001/10585283.1

meaningful portion of the original audiovisual work verbatim. Shafiei Decl. ¶¶ 12-13. The clip was not incidental or fleeting; it was the centerpiece of the Infringing Post and the primary means for which the Post conveyed its message. *Id*. ¶ 15. Critically, the use of the Copyrighted Content was not necessary to convey the Violating User's commentary. As set forth above, the Violating User was not commenting on the Copyrighted Work but rather issuing defamatory statements about Mr. Shafiei himself. *Id*. ¶ 14. Nevertheless, these defamatory statements, couched as opinion, could have been expressed through text alone or by referencing Mr. Shafiei's TikTok account.

Therefore, the Violating User copied more of the work than necessary and the third factor weighs against fair use.

### d.     The Effect on the Market Value of the Copyrighted Work

The fourth factor considers "whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market for the original." *Campbell*, 510 U.S. at 590.

The unauthorized use of the Copyrighted Content harms the market for the original work by diluting its value and exploiting it in a derogatory, malicious context without consent. As a digital content creator, visibility and user engagement are vital in attracting users to the original creation, essential for monetization and growth. Shafiei Decl. ¶¶ 16-17. Platforms reward original content with algorithmic boosts, increased traffic, and higher visibility, all of which directly impact a creator's ability to generate revenue. *Id*. ¶ 17. By copying and republishing Mr. Shafiei's work without permission, and embedding it with unrelated defamatory content, the Violating User not only misappropriates Mr. Shafiei's intellectual property but also undermines the very foundation of Mr. Shafiei's business model, diminishing the value of his page, distorting public perception, and diverting potential revenue streams. Therefore, the fourth factor weighs in favor of the Copyright Owner.

### D.     First Amendment Protections Do Not Apply to the Statements Contained in the Infringing Posts Because the Infringing Posts Constitute Illegal Speech.

Reddit also cannot refuse to comply with the DMCA Subpoena by invoking the First Amendment right to anonymous speech. The First Amendment inquiry in this District consists of two

10

steps: "[f]irst, the party seeking the disclosure must demonstrate a *prima facie* case on the merits of its underlying [(in this case, copyright)] claim[;]and [s]econd, the Court balances the need for the discovery against the First Amendment interest at stake." *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d 868, 876 (N.D. Cal. 2022); accord *Perry v. Schwarzenegger*, 591 F.3d 1147, 1161–65 (9th Cir. 2010). In that balancing inquiry, "Courts consider four factors: whether '(1) the subpoena seeking the information was issued in good faith and not for any improper purpose, (2) the information sought relates to a core claim or defense, (3) the identifying information is directly and materially relevant to that claim or defense, and (4) information sufficient to establish or to disprove that claim or defense is unavailable from any other source.'" *Castro v. Doe*, No. 23-MC-80198- TSH, 2023 WL 9232964, at *5 (N.D. Cal. Oct. 12, 2023) (*quoting Rich v. Butowsky*, No. 20-MC[1]80081-DMR, 2020 WL 5910069, at *3–4 (N.D. Cal. Oct. 6, 2020)).

Step one is satisfied here. As set forth above, the Copyright Owner has made a prima facie showing of copyright infringement by establishing ownership of a valid copyright and copying of original elements—indeed, the Infringing Post reproduces the Copyrighted Content verbatim. *See Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. at 361.

At step two, courts in this District consider four factors: whether (1) the subpoena was issued in good faith and not for an improper purpose; (2) the information sought relates to a core claim or defense; (3) the identifying information is directly and materially relevant to that claim or defense; and (4) information sufficient to establish or disprove the claim or defense is unavailable from any other source. *Castro v. Doe*, No. 23-MC-80198-TSH, 2023 WL 9232964, at *5 (N.D. Cal. Oct. 12, 2023) (*quoting Rich v. Butowsky*, No. 20-MC-80081-DMR, 2020 WL 5910069, at *3–4 (N.D. Cal. Oct. 6, 2020)).

Each factor favors disclosure. First, the DMCA Subpoena was issued in good faith for the legitimate purpose contemplated by 17 U.S.C. § 512(h): identifying an alleged infringer so the Copyright Owner can enforce his rights. Jones Decl. ¶ 13. Second, the information sought— identifying information for the account that posted the infringing material—goes to the core of the Copyright Owner's infringement claim and the ability to pursue relief. *Id.* at ¶ 14. Third, the requested identifying information is directly and materially relevant because the Copyright Owner cannot name

136026-00000001/10585283.1

or serve the alleged infringer without it and cannot proceed with the claim in any meaningful way. *Id.* at ¶ 15. Fourth, the identifying information is unavailable from any other source: Reddit, as the service provider, is uniquely positioned to associate the anonymous username with the subscriber information and IP-related data responsive to the Subpoena. *Id.*

The balance of interests favors enforcement of the DMCA Subpoena notwithstanding any asserted interest in anonymity.

Accordingly, because the Infringing Post constitutes unlawful speech, the First Amendment does not protect the Violating User's anonymity, and Reddit may not rely on constitutional principles to refuse compliance with the DMCA Subpoena.

## III.    CONCLUSION

For the foregoing reasons, the Copyright Owner has demonstrated that the Infringing Posts unlawfully reproduce and distribute his copyrighted images and videos, that the Violating User has infringed upon his exclusive rights under the Copyright Act, and that Reddit has no lawful basis to refuse compliance with the properly issued DMCA Subpoena. The Copyright Owner satisfied all statutory requirements under 17 U.S.C. § 512(h), properly effectuated service pursuant to Federal Rule of Civil Procedure 45 and made a prima facie showing of copyright infringement sufficient to overcome any asserted anonymity or First Amendment concerns.

Reddit's reliance on fair use and constitutional protections is misplaced. The Infringing Posts are not transformative, do not comment on or critique copyrighted works, and instead republish them without alteration, violating federal copyright law as part of a campaign of harassment and defamation. Such conduct constitutes illegal speech not protected by the First Amendment. Without disclosure of the Violating User's identity, the Copyright Owner is deprived of any meaningful ability to enforce his rights under federal copyright law.

Therefore, the Court should grant this Motion to Compel and order Reddit to (1) comply fully with the DMCA Subpoena by producing identifying information of the Violating User, and (2) remove or disable access to the Infringing Post and related Posts in accordance with its obligations under the DMCA, together with such other and further relief as the Court deems just and proper.

136026-00000001/10585283.1

DATED: April 7, 2026

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP


By:   /s/ *Lyndsey Heaton*
Melinda M. Morton
Lyndsey Heaton
Attorneys for Alireza Shafiei

13

136026-00000001/10585283.1