Docusign Envelope ID: F28D21CD-AD65-8FE2-80C2-3FF0199ECE3B

Melinda M. Morton (Bar No. 228032)
E-mail:mindy.morton@procopio.com
Lyndsey Heaton (Bar No. 262883)
E-mail:lyndsey.heaton@procopio.com
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorneys for Alireza Shafiei

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: DMCA Subpoena to Reddit Inc., c/o
Corporation Service Company

Case No. _____

**DECLARATION OF ALEX E. JONES IN SUPPORT OF MOTION TO COMPEL RESPONSE TO DMCA SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

I, Alex E. Jones, hereby declare as follows:

1. I am a citizen of the United States and over the age of eighteen (18). I am a partner for the law firm of Kohrman Jackson & Krantz LLP, and I represent Alireza (Ali) Shafiei ("***Mr. Shafiei***") in this matter. I submit this declaration in support of the Motion to Compel Reddit's Response to the DMCA Subpoena Pursuant to 17 U.S.C. § 512(H). I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2. On August 22, 2025, I sent a DMCA takedown notice to Reddit, on behalf of Mr. Shafiei, requesting removal of the infringing post identified in the Motion.

3. The takedown identified the copyrighted work, specified the infringing material and its location, provided complainant contact information, included a good-faith statement that the use was unauthorized, and contained a penalty-of-perjury statement, in compliance with 17 U.S.C. § 512(c)(3)(A).

DECLARATION OF ALEX E. JONES IN SUPPORT OF MOTION TO COMPEL RESPONSE TO SUBPOENA
PURSUANT TO 17 U.S.C. § 512(H)

136026-00000001/10585182.1
4899-7045-0339, v. 1

4.      I included a request for immediate removal of the Infringing Post in the DMCA Takedown.

5.      On August 28, 2025, pursuant to 17 U.S.C. § 512(h), I requested that the Clerk of the U.S. District Court for the Northern District of Ohio issue a subpoena to Reddit in Civil Action No. 1:25-mc-00040 seeking identifying information for the Reddit account that posted the infringing material. A true and correct copy of the issued subpoena is attached as Exhibit A.

6.      The subpoena request included: (a) the DMCA notification described above; (b) a proposed subpoena; and (c) a sworn declaration that the subpoena's purpose was to obtain the identity of an alleged infringer, satisfying 17 U.S.C. § 512(h)(2). A true and correct copy of the subpoena request is attached as Exhibit B.

7.      Upon review, the Clerk issued the DMCA subpoena under § 512(h)(4), and Reddit was properly served in accordance with Fed. R. Civ. P. 45.

8.      On September 8, 2025, Reddit objected to the subpoena, asserting both (i) a fair-use contention under 17 U.S.C. § 107 and (ii) a procedural objection that compliance would be improper because Reddit is headquartered more than 100 miles from the N.D. Ohio court.

9.      Consistent with Reddit's position, we agreed to adjudicate enforcement in the Northern District of California, where Reddit is headquartered, thereby mooting any Rule 45(c) geographic-limit objection.

10.      In preparing the Motion, I personally reviewed the FavoritedRanksDrama subreddit and the post by "tiktoktruthseeker." The post reproduces a clip from Mr. Shafiei's livestream without transformation and accompanies the video with personal attacks unrelated to the work itself. Screenshots are attached as Exhibit 1 to the Shafiei Declaration.

11.      The Violating User, along with another user "Vegetable_Lettuce450," has published at least thirteen (13) posts in the subreddit related to Mr. Shafiei, twelve of which directly copy Mr. Shafiei's copyrighted images/videos without permission.

12.      The subpoena was issued in good faith for the purpose contemplated by § 512(h): to identify the alleged infringer so that Mr. Shafiei can enforce his rights.

2

DECLARATION OF ALEX E. JONES IN SUPPORT OF MOTION TO COMPEL RESPONSE TO SUBPOENA
PURSUANT TO 17 U.S.C. § 512(H)

13.    The identifying information sought (subscriber information, IP logs, and related account identifiers for "tiktoktruthseeker") relates to the core of the copyright infringement claim and Mr. Shafiei's ability to obtain relief.

14.    Without disclosure, Mr. Shafiei cannot name or serve the alleged infringer; thus, the information is directly and materially relevant to the claim.

15.    The identifying information is not available from any other source; as the service provider, Reddit is uniquely positioned to associate the account with subscriber information responsive to the subpoena.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct.

Executed this 20th day of April, 2026 at Cleveland, OH.

Signed by:

*Alex Jones*

D4118F2446B2489...

Alex E. Jones

---

3

DECLARATION OF ALEX E. JONES IN SUPPORT OF MOTION TO COMPEL RESPONSE TO SUBPOENA
PURSUANT TO 17 U.S.C. § 512(H)

136026-00000001/10585182.1
4899-7045-0339, v. 1

# EXHIBIT A

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| In re:  DMCA Subpoena to Reddit Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **1:25MC 0 0 0 4 0** |
| | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                         Reddit Inc c/o Corporation Service Company

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Contact information, specifically names, mailing addresses, email addresses, and telephone numbers for the Reddit user identified on the attached Schedule A.  This request is limited to current contact information.

| Place: 1375 E. Ninth Street, Floor 29<br>Attn:  Alex E. Jones<br>Cleveland, Ohio 44114 | Date and Time:<br><br>09/18/2025 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/28/2025

**SANDY OPACICH, CLERK** *OF COURT*

_____                              OR                              _____
*Signature of Clerk or Deputy Clerk*                                                                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Ali Shafiei _____ , who issues or requests this subpoena, are:

Alex E. Jones, 1375 E. Ninth Street, Floor 29, Cleveland, Ohio 44114; aej@kjk.com; 216-736-7241

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

□ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

□ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Schedule A

Reddit User: TikTokTruthSeeker

URL:
https://www.reddit.com/r/FavoritedRanksDrama/comments/1lykoc9/pba_weaponizing_sa
_homophobia_and_moms_for_his/



← r/FavoritedRanksDrama • 1 mo. ago
tiktoktruthseeker ● Top 1% Commenter

**PBA: Weaponizing SA, Homophobia, and Moms for his Angry Rant**

PrettyBoyAli

Just saw a clip from one of PBA (Prettyboyali) past lives. The fact that he went on his platform in the past to attack someone, then twisted it into a homophobic jab, is one of the most repulsive things I've ever heard. Let's be clear PBA!!! When you reference something done to someone in school, you're not talking about consenting adults! You're talking about a child. Is that projection from your all-boys military school days? Is that why it rolls off your tongue so easily? Because what kind of depraved man says that for humiliation? This wasn't an accusation, this was you angry and wanting to attack. And once again, you called their mother a bitch. Family, kids, SA, and trauma; nothing is off-limits for you when you spiral. Also isn't BRYGUY one of your biggest supporters? The same BRYGUY who supports the gay community? How do you think he'd feel hearing this filth? You parade around as "Mr. Community Fest," yet you spew homophobia. Why is being gay always gets twisted into something shameful by you? IMO You use SA and homophobia to weaponize others. PBA you're not a king. You're a coward wearing a crown that is slowly falling off.

 42  ○ 38   Share

4903-9117-1683, v. 1

# EXHIBIT B

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| In re: DMCA Subpoena to Reddit Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: 	Reddit Inc c/o Corporation Service Company

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Contact information, specifically names, mailing addresses, email addresses, and telephone numbers for the Reddit user identified on the attached Schedule A. This request is limited to current contact information.

| Place: 1375 E. Ninth Street, Floor 29 Attn: Alex E. Jones Cleveland, Ohio 44114 | Date and Time: 09/18/2025 9:00 am |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 

| *CLERK OF COURT* | |
|---|---|
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Ali Shafiei _____ , who issues or requests this subpoena, are:

Alex E. Jones, 1375 E. Ninth Street, Floor 29, Cleveland, Ohio 44114; aej@kjk.com; 216-736-7241

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Schedule A

Reddit User: TikTokTruthSeeker

URL:
https://www.reddit.com/r/FavoritedRanksDrama/comments/1lykoc9/pba_weaponizing_sa_homophobia_and_moms_for_his/



r/FavoritedRanksDrama · 1 mo. ago
tiktoktruthseeker · Top 1% Commenter

**PBA: Weaponizing SA, Homophobia, and Moms for his Angry Rant**

PrettyBoyAli

Just saw a clip from one of PBA (Prettyboyali) past lives. The fact that he went on his platform in the past to attack someone, then twisted it into a homophobic jab, is one of the most repulsive things I've ever heard. Let's be clear PBA!!! When you reference something done to someone in school, you're not talking about consenting adults! You're talking about a child. Is that projection from your all-boys military school days? Is that why it rolls off your tongue so easily? Because what kind of depraved man says that for humiliation? This wasn't an accusation, this was you angry and wanting to attack. And once again, you called their mother a bitch. Family, kids, SA, and trauma; nothing is off-limits for you when you spiral. Also isn't BRYGUY one of your biggest supporters? The same BRYGUY who supports the gay community? How do you think he'd feel hearing this filth? You parade around as "Mr. Community Fest," yet you spew homophobia. Why is being gay always gets twisted into something shameful by you? IMO You use SA and homophobia to weaponize others. PBA you're not a king. You're a coward wearing a crown that is slowly falling off.

⬆ 42 ⬇      💬 38      🔖      ↪ Share

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| **In Re DMCA Subpoena to Reddit Inc., c/o** | ) |
| **Corporation Service Company** | ) |
|  | ) |

**DECLARATION OF ALEX E. JONES**

I, Alex E. Jones, declare, under penalty of perjury, as follows:

1.    I am over the age of 18 and am competent to testify to the matters contained here. I have personal knowledge of the matters contained in this Declaration.

2.    I am an attorney with the law firm of Kohrman Jackson & Krantz LLP. I represent Ali Shafiei ("***Copyright Owner***").

*3.*    Copyright Owner seek to subpoena Reddit Inc. c/o Corporation Service Company ("***Reddit***") for documents containing personally-identifying information of a Reddit user, identified as tiktoktruthseeker, who posted Copyright Owner's copyrighted content on Reddit.

4.    Specifically, this user created or republished a Reddit post by user "tiktoktruthseeker" in the FavoritedRanksDrama Reddit Group.

5.    The objective of subpoenaing Reddit is to obtain the identities of the alleged infringers, and such information obtained from Reddit will only be used for the purpose of protecting Copyright Owner's rights under 17 U.S. Code § 101, *et seq.*

6.    Attached as Exhibit A to this Declaration is a true and correct copy of the notification sent to Reddit, pursuant to 17 U.S.C. § 512(C)(3)(A).

DATED:  August 27, 2025

Alex E. Jones