Melinda M. Morton (Bar No. 228032)
E-mail:mindy.morton@procopio.com
Lyndsey Heaton (Bar No. 262883)
E-mail:lyndsey.heaton@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorneys for Alireza Shafiei

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In Re: DMCA Subpoena to Reddit Inc., c/o Corporation Service Company | Case No. _____ |
|---|---|
| | **DECLARATION OF ALIREZA SHAFIEI IN SUPPORT OF MOTION TO COMPEL RESPONSE TO DMCA SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Alireza Shafiei, hereby declare as follows:

1.    I am a citizen of the United States and over the age of eighteen (18). I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2.    I am a social media influencer on TikTok with approximately one million followers and over 1.3 million likes.

3.    I operate my TikTok account under the username @PrettyBoyAli24.

4.    My TikTok account can be accessed at the URL https://www.tiktok.com/@prettyboyali24.

5.    I frequently livestream and have streamed up to sixteen (16) hours per day.

6.    I have cultivated a loyal community of followers through genuine interaction and consistency on my livestreams.

7.    TikTok is my primary source of income, and my livelihood depends on my online reputation.

1

136026-00000001/10585270.1
4939-1073-4755, v. 1

8.     I monetize mainly through TikTok's livestream gifting system, which relies heavily on audience engagement and standing within my community.

9.     False and defamatory statements about me jeopardize my reputation and my ability to earn a living through the platform.

10.    I created the original audiovisual work at issue and first livestreamed it on my TikTok account.

11.    I am the author and owner of the copyright in that audiovisual work, which embodies my original selection, arrangement, and creative expression. I did not license, assign, or authorize the Reddit user identified below to reproduce, distribute, or publicly display my work.

12.    The Reddit user "tiktoktruthseeker" posted my copyrighted video on the FavoritedRanksDrama subreddit (the "Infringing Post"). A true and correct copy of screenshots of the Infringing Post are attached hereto as Exhibit 1.

13.    The Infringing Post reproduces a verbatim clip from my livestream. It was not edited, reframed, analyzed, or otherwise altered in a way that transformed the content.

14.    The post is accompanied by false and defamatory commentary about me personally (e.g., accusations of bullying, "zero accountability," and a "victim mentality"), which attacks my character rather than commenting on the video as a work.

15.    The copied clip is the centerpiece of the post and the primary means by which the post conveys its message.

16.    As a digital creator, visibility and user engagement are vital to attracting users to my original content and directly affect monetization and growth on TikTok.

17.    In my experience, platforms reward original content with increased visibility and traffic, which impacts my ability to earn revenue. When others copy and republish my content without permission, especially alongside derogatory commentary, it diminishes the value of my page, distorts public perception, and diverts potential revenue.

/ / /

/ / /

DECLARATION OF ALIREZA SHAFIEI IN SUPPORT OF MOTION TO COMPEL RESPONSE TO SUBPOENA PURSUANT TO 17 U.S.C. § 512(H)

136026-00000001/10585270.1
4939-1073-4755, v. 1

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct.

Executed this 22nd day of April, 2026 at  Aventura, Florida  .

Signed by:

*Alireza Shafiei*

—0E1156B84CA44EE...

Alireza Shafiei

---

3

136026-00000001/10585270.1
4939-1073-4755, v. 1

# EXHIBIT 1



Just saw a clip from one of PBA (Prettyboyali) past lives. The fact that he went on his platform in the past to attack someone, then twisted it into a homophobic jab, is one of the most repulsive things I've ever heard. Let's be clear PBA!!! When you reference something done to someone in school, you're not talking about consenting adults! You're talking about a child. Is that projection from your all-boys military school days? Is that why it rolls off your tongue so easily? Because what kind of depraved man says that for humiliation? This wasn't an accusation, this was you angry and wanting to attack. And once again, you called their mother a bitch. Family, kids, SA, and trauma; nothing is off-limits for you when you spiral. Also isn't BRYGUY one of your biggest supporters? The same BRYGUY who supports the gay community? How do you think he'd feel hearing this filth? You parade around as "Mr. Community Fest," yet you spew homophobia. Why is being gay always gets twisted into something shameful by you? IMO You use SA and homophobia to weaponize others. PBA you're not a king. You're a coward wearing a crown that is slowly falling off.

🗑 Archived post. New comments cannot be posted and votes cannot be cast.

⬆ 42 ⬇    💬 38    ↗ Share

---