LYNDSEY HEATON, ESQ. (SBN 262883)
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
525 B STREET, 22ND FLOOR
SAN DIEGO, CA 92101
619-238-1900
Attorney for: DEFENDANT
Atty. File No.: 136026-00000001

UNITED STATES DISTRICT COURT
NORTHERN

| | | |
|---|---|---|
| PLAINTIFF | : IN RE DMCA SUBPOENA TO REDDIT, INC. | Case No. : 3:26-MC-80128-TSH |
| DEFENDANT | : | **PROOF OF SERVICE** |

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the  MOTION TO COMPEL RESPONSE TO DMCA SUBPOENA; DECLARATION OF ALEX E. JONES IN SUPPORT OF MOTION TO COMPEL RESPONSE TO DMCA SUBPOENA; STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON; DECLARATION OF ALIREZA SHAIFEI IN SUPPORT OF MOTION TO COMPEL RESPONDE TO DMCA SUBPOENA; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

3.    a.  Party Served    :  REDDIT, INC.
                            CSC-LAWYERS INCORPORATING SERVICE
       b.  Person Served  :  REBECCA VANG, AIC
                            (AUTHORIZED TO ACCEPT FOR CSC-LAWYERS INCORPORATING SERVICE)

4.    Address where the party was served:  2710 GATEWAY OAKS DRIVE    SUITE 150N
                                           SACRAMENTO, CA  95833   (Business)

5.    I served the party
       a.  **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1)  on  April 29, 2026  (2) at: 12:18 PM

6.    Witness fees were not demanded and were not paid.

7.    **Person who served papers**
       a.  AMBER WRIGHT                                          d.  Fee For Service : $ 117.60
       b.  KNOX ATTORNEY SERVICE, INC.                           e.  I am
           2020 CAMINO DEL RIO N. #700                               (3)  a registered California process server
           SAN DIEGO, CA 92108                                          (i)   an independent contractor
       c.  619-233-9700                                                  (ii)  Registration No.: 2025-085
                                                                        (iii) County: SACRAMENTO

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  April 30, 2026                    Signature: _____
                                                              AMBER WRIGHT

Jud. Coun. form, rule 2.150 CRC                    **PROOF OF SERVICE**                    Ref. No. : 1681742-01
JC Form POS 010 (Rev. January 1, 2007)