**ASHURST PERKINS COIE US LLP**
Timothy M. Carter, Bar No. 335212
Tim.Carter@ashurstperkins.com
3150 Porter Drive
Palo Alto, California 94304
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

*Attorney for Reddit, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: DMCA Subpoena to Reddit, Inc.* | Case No. 3:26-mc-80128-TSH |
| | **NOTICE OF LAW FIRM NAME CHANGE** |
| | Judge:  Hon. Thomas S. Hixson |

PLEASE TAKE NOTICE that effective as of June 26, 2026, Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP.

There has been no change in the attorneys of record, address, telephone number or representation of the parties in this matter All pleadings and correspondence filed or served after the effective date should reflect the new name and electronic email address as follows:

**ASHURST PERKINS COIE US LLP**

Timothy M. Carter
3150 Porter Drive
Palo Alto, California 94304
Telephone: +1.650.838.4300
Tim.Carter@ashurstperkins.com

Dated: July 17, 2026

Respectfully submitted,

**ASHURST PERKINS COIE US LLP**

By*: /s/ Timothy M. Carter*

Timothy M. Carter, Bar No. 335212
Tim.Carter@ashurstperkins.com
3150 Porter Drive
Palo Alto, CA 94304
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

*Attorney for Reddit, Inc.*